UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.:** |
| v. | : | **VIOLATION:** |
| **DEMARCUS DANIEL,** | : | **18 U.S.C. § 641 (Theft of Government Property) (misdemeanor)** |
| **Defendant.** | : | |
| | : | **CRIMINAL FORFEITURE:** |
| | : | **18 U.S.C. § 981(a)(1)(C); 21 U.S.C. § 853; & 28 U.S.C. § 2461(c)** |

## INFORMATION

The United States of America charges that:

### COUNT ONE

At times material to this Information:

### Theft of Government Property

From in or about January 2013 through in or about August 2013, in the District of Columbia, defendant DEMARCUS DANIEL willfully and knowingly did steal and purloin goods and property of the United States, that is, BlackBerry cellular telephones, with the value of such goods and property not exceeding the sum of $1,000, in violation of 18 U.S.C. § 641.

**(Theft of Government Property (misdemeanor), in violation of 18 U.S.C. § 641)**

### FORFEITURE ALLEGATION

1.  Upon conviction of the offense alleged in Count One, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c). The United States will seek a forfeiture money judgment against the defendant in the amount of nine hundred forty-two dollars and zero cents ($942.00), representing the amount of proceeds obtained as a result of the offense alleged in Count One.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to 21 U.S.C. § 853(p).

**(Criminal Forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p))**

Respectfully submitted,

RONALD C. MACHEN JR.
United States Attorney
D.C. Bar No. 498610

By: _____
BRYAN SEELEY
Assistant United States Attorney
D.C. Bar No. 501681
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7822
Bryan.Seeley@usdoj.gov